173 A.3d 155

**BELL**

v.

**DYCK O'NEAL, INC.**

**Pet. Docket No. 307, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 2269, Sept.Term, 2014 & No. 388, Sept.Term, 2015).

Petition for writ of certiorari dismissed

173 A.3d 155

**BURTON, Chris**

v.

**STATE of Maryland**

**Pet. Docket No. 297, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 1633, Sept.Term, 2016).

Petition for writ of certiorari denied